MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BOBBY W. RICHEY,

    Plaintiff,

vs.

ALESSI & KOENIG, LLC,
a domestic Limited Liability
Company and SOUTHERN
HIGHLANDS COMMUNITY
ASSOCIATION, a domestic Non-
Profit Coop Corp,

    Defendants.

No. 2:10-cv-01526-ECR-RJJ

ORDER GRANTING
STIPULATION FOR DISMISSAL
WITH PREJUDICE

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice as to Defendants, each party to bear their costs and attorney's fees.

DATED: December 9, 2010.

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, Nevada 89102
Attorney for Plaintiff

ALESSI & KOENIG, LLC

RYAN KERBOW, ESQ.
Nevada Bar #11043
9500 W. Flamingo Rd., #100
Las Vegas, Nevada 89117
Attorneys for Defendants

IT IS SO ORDERED this 18th day of April 2011.

Edward C. Reed
UNITED STATES DISTRICT JUDGE